IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC D. PEVAR, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF KENNETT SQUARE, et al., | : | NO. 09-1758 |
|     Defendants. | : | |

**O R D E R**

AND NOW, this 17th day of May 2012, upon consideration of the Defendants' Motion for Summary Judgment (Doc. No. 29), their Memorandum in support thereof, and all responses thereto, it is hereby ORDERED that the Motion is GRANTED.  The Clerk shall mark this case as CLOSED for statistical purposes.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge